**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: James O'Donnell and Mary Jane O'Donnell | CHAPTER 13 |
| Debtor(s) | BKY. NO. 13-25097 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series 2015-5T, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6959

                          Respectfully submitted,

                          **/s/ James C. Warmbrodt, Esquire**
                          James C. Warmbrodt, Esquire
                          jwarmbrodt@kmllawgroup.com
                          Attorney I.D. No. 42524
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106
                          Phone: 215-825-6306
                          Fax: 215-825-6406
                          Attorney for Movant/Applicant