Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**James O'Donnell
Mary Jane O'Donnell**
Debtor(s)

Bankruptcy Case No.: 13−25097−JAD

Chapter: 13
Docket No.: 75 − 74

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 1st of May, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/3/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/12/19 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/3/19.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                   Case No. 13-25097-JAD
James O'Donnell                                                          Chapter 13
Mary Jane O'Donnell
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-2          User: jfur                  Page 1 of 2                  Date Rcvd: May 01, 2019
                              Form ID: 408                Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db/jdb         +James O'Donnell,    Mary Jane O'Donnell,    543 East 9th Avene,    Tarentum, PA 15084-1501
cr             +Beneficial Consumer Discount Company,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr             +Citibank, N.A., not in its individual, bu,   c/o Shellpoint Mortgage Servicing,
                 P.O. Box 10826,   Greenville, SC 29603-0826
13761592        Alle-Kiski Medical Center,    1301 Carlisle Street,    ATTN: CINDY SCHAMP,
                 Natrona Heights, PA 15065-1192
13761593       +Allegheny Valley Hospital,    PO Box 644896,    Pittsburgh, PA 15264-4896
13761594       +BENEFICIAL,    PO Box 5233,   Carol Stream, IL 60197-5233
13761595       +Beneficial/Hfc,    Po Box 9068,   Brandon, FL 33509-9068
13761598       ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
                (address filed with court: Collection Service Cen,    Po Box 1623,    Butler, PA 16003)
13761596       +Central Tax Bureau of,    403 South Third Street,    2nd Floor, Suite B,
                 Youngwood, PA 15697-1196
13772376       +Central Tax Bureau of PA,    403 South Third Street,    2nd Floor, Suite B,
                 Youngwood, PA 15697-1196
14883786       +Citibank, N.A., not in its individual,    capacity, but solely as trustee of,
                 NRZ Pass-Through Trust VI,    C/O Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
13761599        Collection Service Center,    PO Box 560,    New Kensington, PA 15068-0560
13761600       +Digestive Disease Consultants,    301 First Avenue,    Tarentum, PA 15084-1858
13761601        Greater Pittsburgh Orthopaedic,    PO Box 642438,    Pittsburgh, PA 15264-2438
13772381       +Greater Pittsburgh Orthopaedic Assoc,    PO Box 3485,    Pittsburgh, PA 15230-3485
13842578       +HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
13761602       +I C System Inc,    Po Box 64378,   Saint Paul, MN 55164-0378
13772384       +JSO Assoc. in Path & Lab Med,    5620 Southwyck Boulevard,    Toledo, OH 43614-1501
14041794       +Mark J. Pecarchik,    745 Somerville Drive,    Pittsburgh, PA 15243-1668
13761603        Nco Fin/51,   Po Box 13574,    Philadelphia, PA 19101
13761606       +Tony J. Albertelli DPM,    317 East First Avenue,    Tarentum, PA 15084-1816
13772389        UPMC St. Margaret,    PO Box 360381,    Pittsburgh, PA 15251-6381
13761607       +Urology & Ultrasound Associates,    PO Box 641940,    Pittsburgh, PA 15264-1940
13772392       +WPAHS,    P.O. Box 6770,   Pittsburgh, PA 15212-0770
13772391       +valley Medical Associates PC,    One Kensington,    New Kensington, PA 15068-6451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13761597       +E-mail/Text: bankruptcy@firstenergycorp.com May 02 2019 03:36:45     Collection Service Cen,
                 839 5th Ave,   New Kensington, PA 15068-6303
13772382       +E-mail/Text: dhowells@goldenrams.com May 02 2019 03:35:17     Highlands School District,
                 P.O. Box 288,    Natrona Heights, PA 15065-0288
13772386       +E-mail/Text: bkrpt@retrievalmasters.com May 02 2019 03:36:36
                 Retrieval Masters Creditors Bureau,    2269 South Saw Mill River Road,    Building 3,
                 Elmsford, NY 10523-3848
13761604        E-mail/PDF: cbp@onemainfinancial.com May 02 2019 03:31:23     Springleaf,    PO Box 742536,
                 Cincinnati, OH 45274
13823894        E-mail/PDF: cbp@onemainfinancial.com May 02 2019 03:28:31     Springleaf Financial Services,
                 P.O. Box 3251,    Evansville, IN 47731-3251
13761605       +E-mail/PDF: cbp@onemainfinancial.com May 02 2019 03:29:59     Springleaf,    Po Box 64,
                 Evansville, IN 47701-0064
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              HSBC
cr              Wilmington Savings Fund Society, Et Al...
14293656        Wilmington Savings Fund Society, FSB, et al.,    P.O.Box 52708,Irvine,CA 92619
13772373*       Alle-Kiski Medical Center,    1301 Carlisle Street,    ATTN: CINDY SCHAMP,
                 Natrona Heights, PA 15065-1192
13772374*      +Allegheny Valley Hospital,    PO Box 644896,    Pittsburgh, PA 15264-4896
13772375*      +Beneficial/Hfc,    Po Box 9068,    Brandon, FL 33509-9068
13772378*      ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
                (address filed with court: Collection Service Cen,    Po Box 1623,    Butler, PA 16003)
13772377*      +Collection Service Cen,    839 5th Ave,    New Kensington, PA 15068-6303
13772379*       Collection Service Center,    PO Box 560,    New Kensington, PA 15068-0560
13772380*      +Digestive Disease Consultants,    301 First Avenue,    Tarentum, PA 15084-1858
13772383*      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
13772385*       Nco Fin/51,   Po Box 13574,    Philadelphia, PA 19101
13772387*      +Springleaf,    Po Box 64,    Evansville, IN 47701-0064
13772388*      +Tony J. Albertelli DPM,    317 East First Avenue,    Tarentum, PA 15084-1816
13772390*      +Urology & Ultrasound Associates,    PO Box 641940,    Pittsburgh, PA 15264-1940
```

```
District/off: 0315-2           User: jfur                  Page 2 of 2                  Date Rcvd: May 01, 2019
                               Form ID: 408                Total Noticed: 31
```

14041780    ##+Sam DiFatta, Esq.,    McElrath Legal Holdings, LLC,    Professional Office Building,
     432 Boulevard of the Allies,    Pittsburgh, PA 15219-1314

TOTALS: 3, * 12, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:

     Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
     andygornall@latouflawfirm.com
     Elizabeth Lamont Wassall    on behalf of Creditor    Beneficial Consumer Discount Company
     pabk@logs.com, ewassall@logs.com
     James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
     bkgroup@kmllawgroup.com
     Joshua I. Goldman    on behalf of Creditor    HSBC bkgroup@kmllawgroup.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Paul W. McElrath, Jr.    on behalf of Plaintiff Mary Jane O'Donnell ecf@mcelrathlaw.com,
     donotemail.ecfbackuponly@gmail.com
     Paul W. McElrath, Jr.    on behalf of Plaintiff James O'Donnell ecf@mcelrathlaw.com,
     donotemail.ecfbackuponly@gmail.com
     Paul W. McElrath, Jr.    on behalf of Joint Debtor Mary Jane O'Donnell ecf@mcelrathlaw.com,
     donotemail.ecfbackuponly@gmail.com
     Paul W. McElrath, Jr.    on behalf of Debtor James O'Donnell ecf@mcelrathlaw.com,
     donotemail.ecfbackuponly@gmail.com
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     Stuart P. Winneg    on behalf of Creditor    Beneficial Consumer Discount Company swinneg@udren.com,
     cblack@udren.com

TOTAL: 11