**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   JAMES O'DONNELL
   MARY JANE O'DONNELL
        Debtor(s)

   Ronda J. Winnecour
    Chapter 13 Trustee,
        Movant
        vs.
   No Respondents.

Case No.:13-25097

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 26, 2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/05/2013 and confirmed on 2/3/14 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 66,254.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 66,254.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,250.00 | |
| Trustee Fee | 2,698.94 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,948.94 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| CITIBANK NA - TRUSTEE | 0.00 | 49,744.17 | 0.00 | 49,744.17 |
| Acct: 5527 | | | | |
| CITIBANK NA - TRUSTEE | 1,790.79 | 1,790.79 | 0.00 | 1,790.79 |
| Acct: 5527 | | | | |
| HIGHLANDS SD (TARENTUM) (RE) | 3,468.91 | 3,468.91 | 1,293.43 | 4,762.34 |
| Acct: H328 | | | | |
| | | | | 56,297.30 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES O'DONNELL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 750.00 | 750.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX--18 | | | | |
| CITIBANK NA - TRUSTEE | 2,126.92 | 2,126.92 | 0.00 | 2,126.92 |
| Acct: 5527 | | | | |
| | | | | 2,126.92 |
| **Unsecured** | | | | |
| SPRINGCASTLE FINANCE FUNDING TRU | 15,047.75 | 855.75 | 0.00 | 855.75 |
| Acct: 8904 | | | | |
| ALLEGHENY VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7513 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3AD5 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XVOCQ | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: KDDE | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |

13-25097                                                                                                    Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7005 | | | | |
| GREATER PITTSBURGH ORTHOPEDIC A | 441.24 | 25.09 | 0.00 | 25.09 |
| Acct: 3666 | | | | |
| IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5001 | | | | |
| NCO FINANCIAL SYSTEMS INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2730 | | | | |
| NCO FINANCIAL SYSTEMS INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9453 | | | | |
| NCO FINANCIAL SYSTEMS INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7285 | | | | |
| TONY ALBERTELLI DPM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UROLOGY & ULTRASOUND ASSOCIATE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9176 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UDREN LAW OFFICES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CENTRAL TAX BUREAU++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4134 | | | | |
| DIGESTIVE DISEASE CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7478 | | | | |
| RETRIEVAL MASTERS CREDITORS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 880.84 |

TOTAL PAID TO CREDITORS                                                                           59,305.06

TOTAL  
CLAIMED         2,126.92  
PRIORITY        5,259.70  
SECURED        15,488.99  

Date: 04/26/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JAMES O'DONNELL
    MARY JANE O'DONNELL
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:13-25097

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                          BY THE COURT:

                                          _____
                                          U.S. BANKRUPTCY JUDGE

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                                  Case No. 13-25097-JAD
James O'Donnell                                                         Chapter 13
Mary Jane O'Donnell
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-2          User: jfur                    Page 1 of 2                  Date Rcvd: May 01, 2019
                              Form ID: pdf900               Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db/jdb         +James O'Donnell,    Mary Jane O'Donnell,    543 East 9th Avene,    Tarentum, PA 15084-1501
cr             +Beneficial Consumer Discount Company,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr             +Citibank, N.A., not in its individual capacity, bu,    c/o Shellpoint Mortgage Servicing,
                 P.O. Box 10826,    Greenville, SC 29603-0826
13761592        Alle-Kiski Medical Center,    1301 Carlisle Street,    ATTN: CINDY SCHAMP,
                 Natrona Heights, PA 15065-1192
13761593       +Allegheny Valley Hospital,    PO Box 644896,    Pittsburgh, PA 15264-4896
13761594       +BENEFICIAL,    PO Box 5233,   Carol Stream, IL 60197-5233
13761595       +Beneficial/Hfc,    Po Box 9068,   Brandon, FL 33509-9068
13761598       ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
                 (address filed with court: Collection Service Cen,     Po Box 1623,    Butler, PA 16003)
13761596       +Central Tax Bureau of,    403 South Third Street,    2nd Floor, Suite B,
                 Youngwood, PA 15697-1196
13772376       +Central Tax Bureau of PA,    403 South Third Street,    2nd Floor, Suite B,
                 Youngwood, PA 15697-1196
14883786       +Citibank, N.A., not in its individual,    capacity, but solely as trustee of,
                 NRZ Pass-Through Trust VI,    C/O Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
13761599        Collection Service Center,    PO Box 560,    New Kensington, PA 15068-0560
13761600       +Digestive Disease Consultants,    301 First Avenue,    Tarentum, PA 15084-1858
13761601        Greater Pittsburgh Orthopaedic,    PO Box 642438,    Pittsburgh, PA 15264-2438
13772381       +Greater Pittsburgh Orthopaedic Assoc,    PO Box 3485,    Pittsburgh, PA 15230-3485
13842578       +HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
13761602       +I C System Inc,    Po Box 64378,   Saint Paul, MN 55164-0378
13772384       +JSO Assoc. in Path & Lab Med,    5620 Southwyck Boulevard,    Toledo, OH 43614-1501
14041794       +Mark J. Pecarchik,    745 Somerville Drive,    Pittsburgh, PA 15243-1668
13761603        Nco Fin/51,    Po Box 13574,   Philadelphia, PA 19101
13761606       +Tony J. Albertelli DPM,    317 East First Avenue,    Tarentum, PA 15084-1816
13772389        UPMC St. Margaret,    PO Box 360381,    Pittsburgh, PA 15251-6381
13761607       +Urology & Ultrasound Associates,    PO Box 641940,    Pittsburgh, PA 15264-1940
13772392       +WPAHS,    P.O. Box 6770,   Pittsburgh, PA 15212-0770
13772391       +valley Medical Associates PC,    One Kensington,    New Kensington, PA 15068-6451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13761597       +E-mail/Text: bankruptcy@firstenergycorp.com May 02 2019 03:36:47     Collection Service Cen,
                 839 5th Ave,    New Kensington, PA 15068-6303
13772382        E-mail/Text: dhowells@goldenrams.com May 02 2019 03:35:17     Highlands School District,
                 P.O. Box 288,    Natrona Heights, PA 15065-0288
13772386       +E-mail/Text: bkrpt@retrievalmasters.com May 02 2019 03:36:36
                 Retrieval Masters Creditors Bureau,    2269 South Saw Mill River Road,    Building 3,
                 Elmsford, NY 10523-3848
13761604        E-mail/PDF: cbp@onemainfinancial.com May 02 2019 03:29:53     Springleaf,    PO Box 742536,
                 Cincinnati, OH 45274
13823894        E-mail/PDF: cbp@onemainfinancial.com May 02 2019 03:28:32     Springleaf Financial Services,
                 P.O. Box 3251,    Evansville, IN 47731-3251
13761605       +E-mail/PDF: cbp@onemainfinancial.com May 02 2019 03:29:53     Springleaf,    Po Box 64,
                 Evansville, IN 47701-0064
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              HSBC
cr              Wilmington Savings Fund Society, Et Al...
14293656        Wilmington Savings Fund Society, FSB, et al.,    P.O.Box 52708,Irvine,CA 92619
13772373*       Alle-Kiski Medical Center,    1301 Carlisle Street,    ATTN: CINDY SCHAMP,
                 Natrona Heights, PA 15065-1192
13772374*      +Allegheny Valley Hospital,    PO Box 644896,    Pittsburgh, PA 15264-4896
13772375*      +Beneficial/Hfc,    Po Box 9068,   Brandon, FL 33509-9068
13772378*      ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
                 (address filed with court: Collection Service Cen,     Po Box 1623,    Butler, PA 16003)
13772377*      +Collection Service Cen,    839 5th Ave,   New Kensington, PA 15068-6303
13772379*       Collection Service Center,    PO Box 560,    New Kensington, PA 15068-0560
13772380*      +Digestive Disease Consultants,    301 First Avenue,    Tarentum, PA 15084-1858
13772383*      +I C System Inc,    Po Box 64378,   Saint Paul, MN 55164-0378
13772385*       Nco Fin/51,    Po Box 13574,   Philadelphia, PA 19101
13772387*      +Springleaf,    Po Box 64,   Evansville, IN 47701-0064
13772388*      +Tony J. Albertelli DPM,    317 East First Avenue,    Tarentum, PA 15084-1816
13772390*      +Urology & Ultrasound Associates,    PO Box 641940,    Pittsburgh, PA 15264-1940
```

```
District/off: 0315-2           User: jfur                 Page 2 of 2                  Date Rcvd: May 01, 2019
                               Form ID: pdf900            Total Noticed: 31

14041780      ##+Sam DiFatta, Esq.,    McElrath Legal Holdings, LLC,    Professional Office Building,
                432 Boulevard of the Allies,    Pittsburgh, PA 15219-1314
                                                                                    TOTALS: 3, * 12, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               andygornall@latouflawfirm.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Beneficial Consumer Discount Company
               pabk@logs.com, ewassall@logs.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    HSBC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Plaintiff Mary Jane  O'Donnell ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Plaintiff James  O'Donnell ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Mary Jane O'Donnell ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor James  O'Donnell ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    Beneficial Consumer Discount Company swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 11
```