**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James O'Donnell** | Social Security number or ITIN  xxx–xx–8839 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Mary Jane O'Donnell** | Social Security number or ITIN  xxx–xx–7748 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **13–25097–JAD**

# Order of Discharge                                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James O'Donnell                                             Mary Jane O'Donnell

<u>6/4/19</u>                                         **By the court:**     <u>Jeffery A. Deller</u>
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 13-25097-JAD
James O'Donnell                                                      Chapter 13
Mary Jane O'Donnell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: mgut              Page 1 of 2            Date Rcvd: Jun 04, 2019
                             Form ID: 3180W          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2019.
```
db/jdb         +James O'Donnell,    Mary Jane O'Donnell,    543 East 9th Avene,    Tarentum, PA 15084-1501
cr             +Beneficial Consumer Discount Company,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr             +Citibank, N.A., not in its individual capacity, bu,    c/o Shellpoint Mortgage Servicing,
                 P.O. Box 10826,    Greenville, SC 29603-0826
13761592        Alle-Kiski Medical Center,    1301 Carlisle Street,    ATTN: CINDY SCHAMP,
                 Natrona Heights, PA 15065-1192
13761593       +Allegheny Valley Hospital,    PO Box 644896,    Pittsburgh, PA 15264-4896
13761598       ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
               (address filed with court: Collection Service Cen,    Po Box 1623,    Butler, PA 16003)
13761596       +Central Tax Bureau of,    403 South Third Street,    2nd Floor, Suite B,
                 Youngwood, PA 15697-1196
13772376       +Central Tax Bureau of PA,    403 South Third Street,    2nd Floor, Suite B,
                 Youngwood, PA 15697-1196
14883786       +Citibank, N.A., not in its individual,    capacity, but solely as trustee of,
                 NRZ Pass-Through Trust VI,    C/O Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
13761599        Collection Service Center,    PO Box 560,    New Kensington, PA 15068-0560
13761600       +Digestive Disease Consultants,    301 First Avenue,    Tarentum, PA 15084-1858
13761601        Greater Pittsburgh Orthopaedic,    PO Box 642438,    Pittsburgh, PA 15264-2438
13772381       +Greater Pittsburgh Orthopaedic Assoc,    PO Box 3485,    Pittsburgh, PA 15230-3485
13772384       +JSO Assoc. in Path & Lab Med,    5620 Southwyck Boulevard,    Toledo, OH 43614-1501
14041794       +Mark J. Pecarchik,    745 Somerville Drive,    Pittsburgh, PA 15243-1668
13761603        Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13761606       +Tony J. Albertelli DPM,    317 East First Avenue,    Tarentum, PA 15084-1816
13772389        UPMC St. Margaret,    PO Box 360381,    Pittsburgh, PA 15251-6381
13761607       +Urology & Ultrasound Associates,    PO Box 641940,    Pittsburgh, PA 15264-1940
13772392       +WPAHS,    P.O. Box 6770,    Pittsburgh, PA 15212-0770
13772391       +valley Medical Associates PC,    One Kensington,    New Kensington, PA 15068-6451
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2019 02:45:18      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
13761594       +EDI: HFC.COM Jun 05 2019 06:38:00      BENEFICIAL,   PO Box 5233,    Carol Stream, IL 60197-5233
13761595       +EDI: HFC.COM Jun 05 2019 06:38:00      Beneficial/Hfc,    Po Box 9068,    Brandon, FL 33509-9068
13761597       +E-mail/Text: bankruptcy@firstenergycorp.com Jun 05 2019 02:45:33      Collection Service Cen,
                 839 5th Ave,    New Kensington, PA 15068-6303
13842578       +EDI: HFC.COM Jun 05 2019 06:38:00      HSBC Mortgage Services, Inc.,    P.O. Box 21188,
                 Eagan, Minnesota 55121-0188
13772382       +E-mail/Text: dhowells@goldenrams.com Jun 05 2019 02:44:57      Highlands School District,
                 P.O. Box 288,    Natrona Heights, PA 15065-0288
13761602       +EDI: IIC9.COM Jun 05 2019 06:38:00      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
13772386       +EDI: RMCB.COM Jun 05 2019 06:38:00      Retrieval Masters Creditors Bureau,
                 2269 South Saw Mill River Road,    Building 3,    Elmsford, NY 10523-3848
13761604        EDI: AGFINANCE.COM Jun 05 2019 06:38:00      Springleaf,    PO Box 742536,    Cincinnati, OH 45274
13823894        EDI: AGFINANCE.COM Jun 05 2019 06:38:00      Springleaf Financial Services,    P.O. Box 3251,
                 Evansville, IN 47731-3251
13761605       +EDI: AGFINANCE.COM Jun 05 2019 06:38:00      Springleaf,    Po Box 64,
                 Evansville, IN 47701-0064
                                                                                              TOTAL: 11
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              HSBC
cr              Wilmington Savings Fund Society, Et Al...
14293656        Wilmington Savings Fund Society, FSB, et al.,    P.O.Box 52708,Irvine,CA 92619
13772373*       Alle-Kiski Medical Center,    1301 Carlisle Street,    ATTN: CINDY SCHAMP,
                 Natrona Heights, PA 15065-1192
13772374*      +Allegheny Valley Hospital,    PO Box 644896,    Pittsburgh, PA 15264-4896
13772375*      +Beneficial/Hfc,    Po Box 9068,    Brandon, FL 33509-9068
13772378*      ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
               (address filed with court: Collection Service Cen,    Po Box 1623,    Butler, PA 16003)
13772377*      +Collection Service Cen,    839 5th Ave,    New Kensington, PA 15068-6303
13772379*       Collection Service Center,    PO Box 560,    New Kensington, PA 15068-0560
13772380*      +Digestive Disease Consultants,    301 First Avenue,    Tarentum, PA 15084-1858
13772383*      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
13772385*       Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13772387*      +Springleaf,    Po Box 64,    Evansville, IN 47701-0064
13772388*      +Tony J. Albertelli DPM,    317 East First Avenue,    Tarentum, PA 15084-1816
13772390*      +Urology & Ultrasound Associates,    PO Box 641940,    Pittsburgh, PA 15264-1940
```

```
District/off: 0315-2          User: mgut              Page 2 of 2              Date Rcvd: Jun 04, 2019
                              Form ID: 3180W          Total Noticed: 32

14041780     ##+Sam DiFatta, Esq.,    McElrath Legal Holdings, LLC,    Professional Office Building,
               432 Boulevard of the Allies,    Pittsburgh, PA 15219-1314
                                                                                  TOTALS: 3, * 12, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2019 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               andygornall@latouflawfirm.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Beneficial Consumer Discount Company
               pabk@logs.com, ewassall@logs.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    HSBC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Plaintiff Mary Jane O'Donnell ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Plaintiff James O'Donnell ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Mary Jane O'Donnell ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor James O'Donnell ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    Beneficial Consumer Discount Company swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 11
```